1  GEORGE M. GARVEY (State Bar No. 089543)
   JACOB S. KREILKAMP (State Bar No. 248210)
2  MUNGER, TOLLES & OLSON LLP
   355 South Grand Avenue
3  Thirty-Fifth Floor
   Los Angeles, CA  90071-1560
4  Telephone:   (213) 683-9100
   Facsimile:    (213) 687-3702
5  *George.Garvey@mto.com*

6  Attorneys for Defendant
   UBS Financial Services Inc.
7

8

9                  UNITED STATES DISTRICT COURT

10                EASTERN DISTRICT OF CALIFORNIA

11                        FRESNO DIVISION

12

13 | CARL L. JIMENA, | CASE NO. 07-CV-00367-OWW-TAG |
   |---|---|
14 | Plaintiff, | **UBS FINANCIAL SERVICES INC.'S NOTICE OF MOTION AND** |
15 | vs. | **MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6);** |
16 | UBS AG BANK, INC., SWITZERLAND | **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT** |
17 | HEADQUARTERS; UBS AG BANK, INC., MANHATTAN, | **THEREOF** |
18 | NEW YORK BRANCH; UBS FINANCIAL SERVICES, INC., | |
19 | BAKERSFIELD, CALIFORNIA BRANCH; AND UBS FINANCIAL | |
20 | SERVICES, INC., WEEHAWKEN, NEW JERSEY BRANCH; CLIVE | |
21 | STANDISH, | |
22 | Defendants. | |

23

24

25

26

27

28

1247936.3

1      TO THE PARTIES HERETO AND THEIR COUNSEL OF

2  RECORD:

3      PLEASE TAKE NOTICE that on April 13, 2007 at 9 a.m., or as soon

4  thereafter as counsel may be heard, in the courtroom of the Honorable Oliver W.

5  Wanger of the above-entitled Court located at 2500 Tulare Street, Fresno,

6  California, 93721, Defendant UBS Financial Services Inc. ("UBS FS")

7  (erroneously named in the caption as "UBS Financial Services Inc. Bakersfield

8  California Branch and UBS Financial Services Inc. Weehawken New Jersey

9  Branch") will and hereby does move to dismiss the complaint in this action for

10  failure to state a claim upon which relief may be granted.

11      This Motion is brought pursuant to Rule 12(b)(6) of the Federal Rules

12  of Civil Procedure, on the ground that the Complaint fails to allege any acts

13  whatsoever on the part of defendant UBS FS, much less any claim against UBS FS

14  upon which relief may be granted.

15      This Motion is based upon this Notice of Motion and Motion, the

16  Memorandum of Points and Authorities attached hereto, the pleadings and records

17  on file in this and related actions, and such additional authority and argument as

18  may be presented in any Reply and at the hearing on this Motion.

19

20

21

22  DATED: March 13, 2007          MUNGER, TOLLES & OLSON LLP
                                      GEORGE M. GARVEY
23                                    JACOB S. KREILKAMP

24

25                                 By:  /s/ George M. Garvey
26                                         GEORGE M. GARVEY

27                                 Attorneys for Defendants
                                   UBS AG and UBS Financial Services Inc.
28

1247936.3                          2

1

2

### MEMORANDUM OF POINTS AND AUTHORITIES

3

### I.       INTRODUCTION

4

5

6

7

8

9

Plaintiff has apparently been defrauded in a variant on the notorious "Nigerian advance fee scam" by individuals who sent him crudely forged emails that purported (falsely) to come from an officer of UBS AG in Zurich, Switzerland. UBS AG has answered the complaint, and expects to move for summary judgment if it cannot persuade the plaintiff that it did not, in fact, send him the transparently phony emails attributed to it.

10

11

12

13

14

15

16

17

18

19

20

This motion, however, simply seeks to remove from the action a separate UBS entity that not even the complaint alleges did anything wrong. Moving defendant UBS FS is a wholly owned subsidiary of an entity that is itself a wholly owned subsidiary of UBS AG, and is apparently named in the complaint on the basis of nothing more than that it is a United States-based company owned by UBS AG.  It is not alleged to have sent any of the emails or otherwise to have had anything to do with this plaintiff or this dispute.  UBS FS would have no place in this lawsuit, even if one were to accept the fantastical allegations contained in the complaint concerning its indirect parent corporation, UBS AG.  It is well-settled that a subsidiary is not liable for the acts of its corporate parent.  The claims against UBS FS must be dismissed for failure to state a claim.

21

### II.      FACTUAL BACKGROUND

22

### A.      Allegations of the First Amended Complaint

23

24

25

26

The most significant fact regarding plaintiff's allegations for purposes of this motion is that he makes *none whatsoever* against UBS FS.  Other than listing two UBS FS branches in the caption and listing their addresses at the opening of his complaint, Compl. at 6, [1] plaintiff states merely that "UBS Financial Services, Inc.

27

28

---

[1] Because plaintiff's complaint does not follow the custom of using non-repeating numbered paragraphs, UBS FS refers here to the page numbers of plaintiff's complaint rather than to the paragraphs.

1247936.3                                                    3

1    . . . is joined as defendant for doing business in behalf of or together with its parent

2    corporation UBS AG . . . .", *id.*, and that "UBS Financial Services Inc. . . . is a

3    branch of UBS AG . . ." *Id.* at 7.

4              The following brief summary of plaintiff's allegations against UBS

5    AG and Clive Standish is provided for context.  Plaintiff alleges that he was

6    contacted by an individual who had set up an email account under the name

7    clive_standish@yahoo.com, claiming to be Clive Standish, the Chief Financial

8    Officer of UBS AG.  *E.g.*, Compl. Annexes 6-8.  This impersonator apparently

9    offered to transfer to plaintiff's bank account $19 million, *id.* at 31, and convinced

10   plaintiff to wire $51,000 via Washington Mutual Bank, Bank of New York, and

11   UBS AG to an account at a fourth bank, HSBC, allegedly to satisfy a non-existent

12   "Anti-Drug/Terrorist Clearance" fee required for transfers from Nigeria, *id.* at 18.

13   Of course, nobody sent the plaintiff the $19 million he says he expected, and the

14   plaintiff now sues UBS AG and the real Clive Standish.

15   **III.    ARGUMENT**

16             **A.    Plaintiff Has Failed to Allege Any Wrongdoing by UBS FS**

17             Plaintiff's complaint does not allege any wrongdoing – or actions of

18   any sort, for that matter – on the part of UBS FS, and its claims against UBS FS

19   must therefore be dismissed.  *See, e.g., Saunders v. Bush*, 15 F.3d 64, 67 (5th Cir.

20   1994) (in qualified immunity context, noting that plaintiff "not only fails to allege

21   any facts indicating that defendant . . . violated clearly established law, but also

22   fails to make any allegations against [defendant] whatsoever," and granting

23   immunity); *Clarkson v. Aiken*, No. 92-2674, 1993WL 151154, at *2 (7th Cir. May

24   10, 1993) (affirming dismissal when complaint "fails to make any factual

25   allegations against" defendants).

26             "[A] subsidiary corporation is not liable for the acts of the parent[.]"

27   *TPS Utilicom Services, Inc. v. AT & T Corp.*, 223 F.Supp.2d 1089, 1102 (C.D. Cal.

28   2002) (quoting *McCabe v. Henpil, Inc.*, 889 F.Supp. 983, 992 (E.D. Tex. 1995)); 1

1247936.3                                    4

1  William Meade Fletcher et al ., Fletcher Cyclopedia of the Law of Private

2  Corporations § 43.60 (perm. ed., rev. vol. 1999).  The complaint does not allege

3  facts upon which relief may be granted against UBS FS.

4

5  **IV.    <u>CONCLUSION</u>**

6          Plaintiff fails to make any allegations of wrongdoing on the part of

7  moving defendant UBS FS.  This action should be dismissed as against UBS FS.

8

9  DATED: March 13, 2007               MUNGER, TOLLES & OLSON LLP
                                       GEORGE M. GARVEY
10                                      JACOB S. KREILKAMP

11

12                                     By:    /s/ George M. Garvey
                                              GEORGE M. GARVEY
13

14                                     Attorneys for Defendant
                                       UBS Financial Services Inc.
15

16

17

18

19

20

21

22

23

24

25

26

27

28

1247936.3                              5