1  CARL L. JIMENA
2  14774 Desert View Ave.
3  North Edwards, California 93523
4  Tel. 661-406-1616
5
6  Plaintiff, In Propia Persona
7
8

**FILED**

JUN 2 5 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
             DEPUTY CLERK

9          UNITED STATES DISTRICT COURT
10   EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION
11        2500 Tulare St., Room 1501, Fresno, CA 93721
12
13  CARL L. JIMENA
14          Plaintiff,

15  vs.
16
17  UBS AG (BANK, INC., ZURICH,
18  SWITZERLAND HEADQUARTERS);
19  et. al.,
20
21          Defendants.          ;
22
23
24
25
26  x--------------------------------------------x
27
28  TO ATTORNEY GEORGE M. GARVEY
29  MUNGER, TOLLES & OLSON
30  335 South Grand Avenue, 35th Floor
31  Los Angeles, CA 90071-1560
32

Civil Case No.  07CV367

Place:        Room 1501
Hearing Date: July 23, 2007
Time:         10:00 am.

NOTICE OF MOTION, MOTION
TO ORDER YAHOO INC. TO
MAKE DISCLOSURE ON TWO
ACCOUNTS, MEMORANDUM
OF POINTS AND AUTHORITIES
18 USCS §2702[b][3]

33          Notice is hereby given that on July 23, 2007, at 8:30 am. in the above address

34  of the U. S. District Court, plaintiff will, and hereby does move  to order Yahoo, Inc.

35  to make a disclosure on the two email accounts you contend to belong to an impostor

36  of Clive Standish..  This motion  will be made on the ground that the disclosure is

37  necessary to open up the truth as to who opened up the two email accounts and who

NOTICE OF MOTION, MOTION TO ORDER YAHOO TO MAKE DISCLOSURE
MEMORANDUM OF POINTS AND AUTHORITIES

1   are the authorized users of them. The disclosure is predicated under 18 USCS

2   §2702[b][3] . The motion will be based on this notice of motion, motion to order

3   Yahoo Inc. to make a disclosure of two disputed email accounts, , memorandum of

4   points and authorities, and such other evidence as may be offered during the hearing

5   date.

6       Dated:   6-23-07

7

8                                         CARL L. JIMENA

9                                         Plaintiff, In Propia Persona

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32
33
34
35
36

CARL L. JIMENA
14774 Desert View Ave.
North Edwards, California 93523
Tel. 661-406-1616

Plaintiff, In Propia Persona

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

2500 Tulare St., Room 1501, Fresno, CA 93721

| | |
|---|---|
| CARL L. JIMENA<br>        Plaintiff, | Civil Case No.  07CV367 |
| vs. | Place:        Room 1501<br>Hearing Date: July 23, 2007 |
| UBS AG (BANK, INC., ZURICH, | Time:          10:00 am. |
| SWITZERLAND HEADQUARTERS); | |
| et. al., | MOTION TO ORDER YAHOO |
| | INC.TO MAKE DISCLOSURE |
|        Defendants.        ; | ON TWO ACCOUNTS, |
| | 18 USCS §2702[b][3] |

x------------------------------------------------x

Plaintiff, in propia persona, respectfully state:

1.  After plaintiff and defendant had met and conferred on June 19, 2007, it became apparent that defendants will rely on their defense that Clive Standish is an impostor.

2.  Plaintiff maintains that he is dealing with the real Clive Standish and the two email address, namely, [a] clive_standish@yahoo.com is his personal email address and [b] customerservices@privateclientsubs.cjb.net is his office email address.

1    3. Plaintiff is in possession of an email from Clive Standish whereby he admits
2  the above two email address are respectively his personal and office email address   A
3  disclosure by Yahoo Inc. will confirm plaintiff's position.

4    4. A disclosure of the contents of the above two email address necessitate a
5  court order with the consent of the originator or addressee as provided for under 18
6  U.S.C.S. §2702[b][3].

7    5. Plaintiff hereby gives his consent to the disclosure of all his email messages
8  contained in the above two email address but likewise to avoid any future problem
9  UBS AG must give its consent in behalf of Chief Financial Officer, Clive Standish
10 inasmuch as Clive Standish email is a vicarious admission on behalf of UBS AG.

11   6.  Yahoo Inc. should be ordered by the Court to disclose completely the
12 account information on the above two email address claimed by defendants to be an
13 impostor email address including who opened the two accounts and who are the
14 authorized users of the account and for Yahoo Inc. to furnish the Court in one CD or
15 DVD-Rom under Microsoft Word format or Explorer Internet Format the exchanges
16 of communication between Clive Standish and the plaintiff. A proposed order is
17 attached.

18   7.   The address of Yahoo Inc. where it can be ordered to furnish the
19 information stated in paragraph 6 above is as follows: Yahoo Inc., 701 First Avenue,
20 Sunnyvale, CA 94089, phone 408-349-3300.

21
22
23
24
25
26
27

NOTICE OF MOTION, MOTION TO ORDER YAHOO TO MAKE DISCLOSURE
MEMORANDUM OF POINTS AND AUTHORITIES

1

1    WHEREFORE, it is respectfully prayed that YAHOO INC. be ordered to

2  furnish all information asked for in paragraph 6 above.  Other equitable relief is

3  prayed for.

4       Dated: 6-23-07

5                                             CARL L. JIMENA

6                                             Plaintiff, Pro Se

7

8  UBS AG in its own capacity and in behalf of Clive Standish, its Chief Financial

9  Officer, hereby give its consent to the relief prayed for in the above motion:

10

11  _____

12  Atty. George M. Garvey,

13  Munger Tolles & Olson

14  Counsel for defendant UBS AG

15

16

17

18

19

20

21

22

23

24

25

26

27

28

29

30

31

32

33

34

35

36

37

38

1   CARL L. JIMENA
2   14774 Desert View Ave.
3   North Edwards, California 93523
4   Tel. 661-406-1616
5
6   Plaintiff, In Propia Persona
7
8
9                 UNITED STATES DISTRICT COURT
10        EASTERN DISTRICT OF CALIFORNIA,  FRESNO DIVISION
11             2500 Tulare St., Room 1501, Fresno, CA 93721
12
13  CARL L. JIMENA
14              Plaintiff,              Civil Case No.  07CV367

15  vs.                                Place:       Room 1501
16                                     Hearing Date: July 23, 2007
17  UBS AG (BANK, INC., ZURICH,        Time:        10:00 am.
18  SWITZERLAND HEADQUARTERS);
19  et. al.,                           MEMORANDUM OF POINTS
20              Defendants.        ;   AND AUTHORITIES
21  x-------------------------------------------x
22

23         Defendants in their pleadings set up the defense that plaintiff is dealing with an
24  impostor Clive Standish. Plaintiff maintains that this is a sham and false defense.
25  There is already enough evidence in possession of the plaintiff to show that plaintiff is
26  dealing with the real Clive Standish.  Plaintiff wants to confirm his position that the
27  email accounts with Yahoo Inc. is indeed being used by the real Clive Standish, Chief
28  Financial Officer of UBS AG.  The large amount involved in this case compels UBS
29  AG to use a high ranking officer to represent them in this transaction.  The order of
30  this Court is justified under the provision of 18 USCS §2702[b][3] which provides as
31  follows:

32         (b)    Exceptions.    A person  or  entity  may  divulge  the  contents  of  a
33  communication ---

NOTICE OF MOTION, MOTION TO ORDER YAHOO TO MAKE DISCLOSURE
MEMORANDUM OF POINTS AND AUTHORITIES

1    (3) with the lawful consent of the originator or an addressee or intended

2    recipient of such communication, or the subscriber in the case of remote

3    computing service."

4

5                                CONCLUSION

6        This court is justified in issuing the order prayed for under the aforecited 18

7    USCS §2702[b][3].

8    Dated: 6-23-07

9                                        Carl L. Jimena

10                                       Plaintiff, Pro Se

11

```
1
2
3
4    CARL L. JIMENA
5    14774 Desert View Ave.
6    North Edwards, California 93523
7    Tel. 661-406-1616
8
9    Plaintiff, In Propia Persona
10
11
12              UNITED STATES DISTRICT COURT
13       EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION
14          2500 Tulare St., Room 1501, Fresno, CA 93721
15
16   CARL L. JIMENA
17         Plaintiff,              Civil Case No. 07CV367
18   vs.
19
20   UBS AG (BANK, INC., ZURICH,     ORDER
21   SWITZERLAND HEADQUARTERS);
22   et. al.,
23         Defendants.          ;
24   x-------------------------------------------x
25
```

26      It appearing that both plaintiff and defendant UBS AG have given its consent,

27 with the latter giving its consent in its own behalf and in behalf of its Chief Financial

28 Officer, Clive Standish, the Court orders, under the authority of Title 18, U.S.C.S.

29 2702[b][3], that Yahoo Inc., located at 701 First Ave., Sunnyvale, California 44089 to

30 furnish the Court with the following information:

31      [1] All account information including who opened the account and who are the

32 authorized users of the email address as follows:

33          [a] clive_standish@yahoo.com and

34          [b] customerservices@privateclientsubs.cjb.net

1        [2]  All exchanges of communication between plaintiff Carl L. Jimena and

2    Clive Standish under the two email address mentioned under order [1][a] above.

3        [3]  All information as ordered be contained in one CD-ROM or DVD-ROM in

4    Microsoft Word format or Internet Explorer format.

5        SO ORDERED.

6        Dated:_____

7

8                            OLIVER W. WANGER

9                            U.S. District Judge

10                           or

11

12                           _____

13                           Magistrate

14

15

16

17

18

19

20

21

22

23

24

25

26

27

POS-030

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):<br>Carl L. Jimena<br>14774 Desert View Ave.<br>North Edwards, CA 93523 | FOR COURT USE ONLY |

TELEPHONE NO.: 661-406-1616    FAX NO. (Optional):
E-MAIL ADDRESS (Optional): mindoro123@yahoo.com
ATTORNEY FOR (Name): Plaintiff, In Propia Persona

u.s. district court, Eastern District of California, Fresno Division
STREET ADDRESS: 2500 Tulare St., Room 1501,
MAILING ADDRESS: 2500 Tulare St., Room 1501, Fresno, CA 93721
CITY AND ZIP CODE: Fresno, CA 93721
BRANCH NAME: Fresno Division

PETITIONER/PLAINTIFF: Carl L. Jimena

RESPONDENT/DEFENDANT: UBS AG (Bank Inc., Zurich, Switzerland, Headquarters) et. al.

| | |
|---|---|
| PROOF OF SERVICE BY FIRST-CLASS MAIL—CIVIL | CASE NUMBER:<br>1:07-cv-367 |

*(Do not use this Proof of Service to show service of a Summons and Complaint.)*

1. I am over 18 years of age and    a party to this action. I am a resident of or employed in the county where the mailing took place.

2. My residence or business address is: 14774 Desert View Ave
   North Edwards, CA 93523

3. On (date): 6-23-07    I mailed from (city and state): Lancaster,    CA
   the following documents (specify):
   Notice of motion, motion to order Yahoo Inc to make disclosure on top accounts, memorandum of points
   and authorities
   4. Statement of the issues
   ☐ The documents are listed in the *Attachment to Proof of Service by First-Class Mail—Civil (Documents Served)* (form POS-030(D)).

4. I served the documents :(check one):
   a. ☒ by enclosing them in an envelope and  depositing the sealed envelope with the United States Postal Service
   b. ☐ by electronic email

5. The envelope was addressed and mailed as follows:
   a. Name of person served: Atty. George M. Garvey   (Munger, Tolles &  Olson)
   b. Address of person served: 355 South Grand Ave., 35th Floor
      Los Angeles, CA 90071-1560

   ☐ The name and address of each person to whom I mailed the documents is listed in the *Attachment to Proof of Service by First-Class Mail—Civil (Persons Served)* (POS-030(P)).

I declare under penalty of perjury under the laws of the State of California  and the USA   that the foregoing is true and correct.

Date:    6-23-07

CARL L. JIMEN A
(TYPE OR PRINT NAME OF PERSON COMPLETING THIS FORM)

(SIGNATURE OF PERSON COMPLETING THIS FORM)

Form Approved for Optional Use
Judicial Council of California
POS-030 [New January 1, 2005]
(MODIFIED BY USER)
**PROOF OF SERVICE BY FIRST-CLASS MAIL—CIVIL**
**(Proof of Service)**
Code of Civil Procedure, §§ 1013, 1013a
www.courtinfo.ca.gov

American LegalNet, Inc.
www.USCourtForms.com