GEORGE M. GARVEY (State Bar No. 089543)
George.Garvey@mto.com
JACOB S. KREILKAMP (State Bar No. 248210)
Jacob.Kreilkamp@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, CA  90071-1560
Telephone:  (213) 683-9100
Facsimile:   (213) 687-3702

Attorneys for Defendant
UBS AG

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| CARL L. JIMENA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>UBS AG BANK, INC., SWITZERLAND HEADQUARTERS; UBS AG BANK, INC., MANHATTAN, NEW YORK BRANCH; UBS FINANCIAL SERVICES, INC., BAKERSFIELD, CALIFORNIA BRANCH; UBS FINANCIAL SERVICES, INC., WEEHAWKEN, NEW JERSEY BRANCH; and CLIVE STANDISH,<br><br>　　　　　Defendants. | CASE NO.  07-CV-00367-OWW-TAG<br><br>**[PROPOSED] ORDER ON MOTION TO ORDER YAHOO TO MAKE DISCLOSURE ON TWO ACCOUNTS**<br><br>Magistrate Judge:<br><br>The Honorable Theresa A. Goldner |

## **ORDER**

1. Consistent with the findings of the hearing held on July 23, 2007, Plaintiff Carl L. Jimena's "Motion to Order Yahoo to Make Disclosure on Two Accounts" is denied without prejudice.

IT IS SO ORDERED

DATED: _____, 2007

_____
THERESA A. GOLDNER
United States Magistrate Judge

3316022.1                                                                                    ORDER 07-CV-00367-OWW-TAG