IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL L. JIMENA, | 1:07-cv-000367 OWW TAG |
|     Plaintiff, | ORDER VACATING HEARING ON PLAINTIFF'S EX PARTE MOTION FOR DEFAULT |
| vs. | |
| UBS AG BANK, INC, etc. et al., | (Doc. 43) |
|     Defendants. | |

On July 30, 2007, Plaintiff Carl Jimena filed a pleading entitled "Ex-Parte Amended Motion for Default Under Oath," requesting the Court enter a default judgment against Defendant UBS Ag Bank, Inc. (Doc. 43), and noticing such motion for an August 6, 2007 hearing before the undersigned.

Rule 78-230 of the Local Rules of Court for the United States District Court for the Eastern District of California requires 28 days' notice for such a civil motion.  Plaintiff has failed to give the requisite notice of his motion (Doc. 43) in accordance with Local Rule 78-230.

Accordingly, the August 6, 2007 hearing on Plaintiff's Ex-Parte Amended Motion for Default Under Oath (Doc. 43), is VACATED.

IT IS SO ORDERED.

Dated: **August 1, 2007**             /s/ Theresa A. Goldner
                                             UNITED STATES MAGISTRATE JUDGE