UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL L. JIMENA,<br><br>           Plaintiff,<br><br>     v.<br><br>UBS AG (BANK, INC., etc.,)<br><br>           Defendant | 1:07-cv-0367 OWW GSA<br><br>ORDER TO SHOW CAUSE AND ORDER VACATING HEARING ON MOTION FOR DEFAULT JUDGMENT<br><br>Hearing Date:<br>January 7, 2008 10:00 a.m.<br>Judge Wanger - Courtroom 3 |

   By Memorandum Decision and Order issued on June 8, 2007, the Court denied plaintiff's motion for remand and motion to strike, and granted defendant's motion to dismiss with leave to amend.

   Since entry of that Memorandum Decision the plaintiff has filed appeals of various orders which have now been dismissed by the Court of Appeal for lack of jurisdiction and plaintiff has failed to file an amended complaint.

   IT IS THEREFORE ORDERED that the plaintiff appear before this Court on Monday, January 7, 2008, at 10:00 a.m. to show cause why

**this action should not be dismissed for failure to comply with a court order. Any response by the plaintiff to the Order To Show Cause shall be filed by December 21, 2007.**

   **The hearing on plaintiff's motion and amended motion for default judgment currently set for hearing on November 16, 2007, before Magistrate Judge Gary S. Austin is vacated.**

   **The Court will not consider any further motions filed by the plaintiff until after the hearing on the Order To Show Cause.**

IT IS SO ORDERED.

**Dated:   November 8, 2007**                      /s/ Oliver W. Wanger
                                                   UNITED STATES DISTRICT JUDGE

2