IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL L. JIMENA, ) <br> ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> UBS AG BANK, INC., et al., ) <br> ) <br> ) <br> Defendants. ) <br> ) <br> _____) | No. CV-F-07-367 OWW/GSA <br><br> ORDER DENYING VARIOUS <br> MOTIONS FOR ADMINISTRATIVE <br> REASONS (Docs. 52, 58, 60, <br> 69, 83, 96, 97, 100, 121) |

Plaintiff has filed various pleadings captioned "motions." These are:

  A.  "Motion to Reconsider" (Doc. 52);

  B.  "Motion to Set for Hearing" (Doc. 58);

  C.  "Motion to Correct Clerical Errors" (Doc. 60);

  D.  "Motion to Correct Error" (Doc. 69);

  E.  "Motion to Correct 'Explanation on Order to Show Cause Re: Complaint Amendment Against UBS FS'" (Doc. 83);

  F.  "Motion to Correct 'Offer of Evidence'" (Doc. 96);

  G.  "Motion to Correct Error on Plaintiff's Affidavit

1

> Authenticating His Exhibits, Annex 'A' to
> Offer of Evidence" (Doc. 97);

H.  "Motion to Correct Memorandum of Law (in support of motion for reconsideration by the District Court of Magistrate Judge Ruling" (Doc. 100);

I.  "Motion to Correct Citation Error in Plaintiff's Doc. 103 & 119 and Filling in a Case No. on Doc. No. 120" (Doc. 121)

All of these "motions" are DENIED for administrative purposes. The motion to reconsider (Doc. 52) was mooted when the Magistrate Judge vacated the Order sought to be reconsidered (Doc. 50). The motion to set for hearing (Doc. 58) is denied as moot because the matter to which the motion is referred has been resolved. The other "motions" are denied because they seek merely to make typographical or citation corrections to other pleadings or papers filed by Plaintiff. Plaintiff is advised that, if he needs to correct typographical or citation errors in any of his motions or briefs, he should file a "notice of errata" specifically setting forth the correction and the pleading or brief being corrected. There is no need to file a "motion" to do so.[1]

IT IS SO ORDERED.

Dated:   July 28, 2008                    /s/ Oliver W. Wanger
                                         UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff has moved for a ruling on Docs. 44 and 53. These papers are memoranda of points and authorities in support of various motions. No ruling is required on these specific papers; any order resolves only the motion, not the supporting points and authorities.