IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CARL L. JIMENA, | ) | No. CV-F-07-367 OWW/GSA |
| | ) | |
| | ) | ORDER DENYING PLAINTIFF'S |
| | ) | MOTIONS AS MOOT (Docs. 109 & 120) |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| CLIVE STANDISH, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff's motions to appear for hearings telephonically, (Docs. 109 and 120) are DENIED as moot.

IT IS SO ORDERED.

**Dated: March 13, 2009**　　　　　　　　/s/ Oliver W. Wanger
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1