IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL L. JIMENA, | No. CV-F-07-367 OWW/GSA |
| Plaintiff, | ORDER DIRECTING PLAINTIFF TO FILE NOTICE OF MOTION RE PLAINTIFF'S MOTION TO ADMIT THIRD AMENDED COMPLAINT |
| vs. | |
| UBS AG BANK, INC., et al., | |
| Defendants. | |

On June 15, 2009, Plaintiff, proceeding *in pro per*, filed a "Motion to Admit Third Amended Complaint" and lodged a "Third Amended Complaint for Fraud, Sum of Money, Tort and Damages." Plaintiff did not file a notice of motion setting the motion for hearing on the Court's civil motion calendar as required by Rule 78-230(b), Local Rules of Practice.

Plaintiff is hereby ordered to file and serve within ten days a notice of motion, setting the "Motion to Admit Third Amended Complaint" on the Court's next available civil motion calendar in accordance with the time requirements set forth in

1  Rule 78-230(b).  Failure to comply will result in the denial of
2  Plaintiff's motion.  Plaintiff is advised that, pursuant to Rule
3  83-183, Local Rules of Practice:

> Any individual representing himself ...
> without an attorney is bound by the Federal
> Rules of Civil ... Procedure and by these
> Local Rules.  All obligations placed on
> 'counsel' by these Local Rules apply to
> individuals appearing <u>in propria persona</u>.
> Failure to comply therewith may be ground for
> dismissal ... or any other sanction
> appropriate under these rules.

9  IT IS SO ORDERED.

10 Dated:   **June 19, 2009**                    /s/ Oliver W. Wanger
                                          UNITED STATES DISTRICT JUDGE