IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL L. JIMENA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>UBS AG BANK, INC., et al.,<br><br>　　　　Defendants. | No. CV-F-07-367 OWW/GSA<br><br>ORDER DIRECTING PLAINTIFF TO FILE NOTICE OF MOTION RE PLAINTIFF'S MOTION TO SERVE SUMMONS AND THIRD AMENDED COMPLAINT ON CLIVE STANDISH'S ATTORNEY |

　　　On August 18, 2009, Plaintiff, proceeding *in pro per*, filed an "Ex-Parte Motion to Serve Summons and 3rd Amended Complaint to Clive Standish's Attorney."  (Doc. 152).

　　　The Court will not consider Plaintiff's motion ex parte. Plaintiff is ordered to file and serve within ten days a notice of motion, setting the motion on the Court's next available civil motion calendar in accordance with the time requirements set forth in Rule, 78-230(b), Local Rules of Practice.  Failure to timely comply will result in the denial of Plaintiff's motion.

*///*

1

IT IS SO ORDERED.

**Dated:    September 30, 2009**              /s/ Oliver W. Wanger
                                        UNITED STATES DISTRICT JUDGE