1
2
3
4
5
6
7
8                         UNITED STATES DISTRICT COURT
9                         EASTERN DISTRICT OF CALIFORNIA
10                                FRESNO DIVISION
11

| 12 | CARL L. JIMENA, | CASE NO. 07-CV-00367-OWW-TAG |
|---|---|---|
| 13 | Plaintiff, | **ORDER DENYING IN PART AND GRANTING IN PART PLAINTIFF'S AMENDED MOTION TO ADMIT THIRD AMENDED COMPLAINT, STRIKING ALLEGATIONS AGAINST UBS FS, AND DIRECTING CLERK OF COURT TO FILE THIRD AMENDED COMPLAINT (DOC. 144)** |
| 14 | vs. | |
| 15 | UBS AG BANK, INC., SWITZERLAND HEADQUARTERS; UBS AG BANK, INC., MANHATTAN, NEW YORK BRANCH; UBS FINANCIAL SERVICES, INC., BAKERSFIELD, CALIFORNIA BRANCH; UBS FINANCIAL SERVICES, INC., WEEHAWKEN, NEW JERSEY BRANCH; and CLIVE STANDISH, | |
| 16 | | |
| 17 | | |
| 18 | | Honorable Oliver W. Wanger |
| 19 | | Courtroom: 3 |
| 20 | | |
| 21 | Defendants. | |

22
23
24
25
26
27
28

# **ORDER**

For the reasons stated in the Court's Memorandum Decision and Order Granting in Part and Denying in Part Plaintiff's Amended Motion to Admit Third Amended Complaint, Striking Allegations Against UBS FS, and Directing Clerk of Court to File Third Amended Complaint, filed on October 6, 2009 (Docket No. 155),

    1.    Plaintiff's motion to "admit" the proposed Third Amended Complaint is GRANTED IN PART AND DENIED IN PART;

    2.    The allegations in the proposed Third Amended Complaint as to the alter ego, fraud and agency liability of UBS FS for the alleged actions of UBS AG are STRICKEN;

    3.    The Clerk of the Court shall file the proposed Third Amended Complaint.

IT IS SO ORDERED

DATED: October _13, 2009

/s/ OLIVER W. WANGER
OLIVER W. WANGER
District Court Judge