IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL L. JIMENA, ) <br> ) <br> ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> UBS AG BANK, INC., et al., ) <br> ) <br> ) <br> Defendants. ) <br> ) <br> _____ ) | No. CV-F-07-367 OWW/GSA <br><br> ORDER CONTINUING HEARING ON PLAINTIFF'S MOTION TO SERVE SUMMONS AND THIRD AMENDED COMPLAINT ON CLIVE STANDISH'S ATTORNEY (Doc. 157) FROM MONDAY, NOVEMBER 9, 2009 TO MONDAY, JANUARY 11, 2010 AT 10:00 a.m. |

Due to the press of business and because another motion filed by Plaintiff is set for hearing on January 11, 2010, the hearing on Plaintiff's motion to serve summons and Third Amended Complaint on Clive Standish's attorney, (Doc. 157), is continued to from Monday, November 9, 2009, to Monday, January 11, 2010 at 10:00 a.m.

IT IS SO ORDERED.

Dated:   November 2, 2009              /s/ Oliver W. Wanger
                                    UNITED STATES DISTRICT JUDGE

1