1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| CARL L. JIMENA, | CASE NO. 07-CV-00367-OWW-TAG |
| Plaintiff, | **ORDER CONTINUING JANUARY 11, 2010 HEARING** |
| vs. | |
| UBS AG BANK, INC., SWITZERLAND HEADQUARTERS; UBS AG BANK, INC., MANHATTAN, NEW YORK BRANCH; UBS FINANCIAL SERVICES, INC., BAKERSFIELD, CALIFORNIA BRANCH; AND UBS FINANCIAL SERVICES, INC., WEEHAWKEN, NEW JERSEY BRANCH; CLIVE STANDISH, | |
| Defendants. | |

07-CV-00367-OWW-TAG
ORDER

9237584.1

PDF created with pdfFactory trial version www.pdffactory.com

1

2      For the reasons stated in Defendant's Ex Parte Request for

3  Continuance of Hearing set for January 11, 2010, filed on November 10, 2009,

4  continuance and leave to appear telephonically is granted.  The hearing in this

5  matter currently set for January 11, 2010 at 10:00 a.m. is continued to

6      **February 8, 2010 at 10:00 a.m.**

7

8

9  IT IS SO ORDERED.

10

11  DATED:  November 19, 2009            /s/ OLIVER W. WANGER

12                                       UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

9237584.1

PDF created with pdfFactory trial version www.pdffactory.com