IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **CARL L. JIMENA,** | ) | No. CV-F-07-367 OWW/GSA |
| | ) | |
| | ) | ORDER GRANTING PLAINTIFF'S |
| | ) | MOTION FOR POSTPONEMENT AND |
| Plaintiff, | ) | CONTINUING HEARING ON |
| | ) | MOTIONS SET FOR MARCH 29, |
| vs. | ) | 2010 TO MONDAY, JUNE 7, 2010 |
| | ) | AT 10:00 A.M. |
| | ) | |
| **UBS AG BANK, et al.,** | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

 For good cause shown, Plaintiff's motion for postponement of the hearing on motions set for March 29, 2010 is GRANTED.  The hearing on these motions is continued to Monday, June 7, 2010 at 10:00 a.m.

 IT IS SO ORDERED.

**Dated:   March 22, 2010**                     /s/ Oliver W. Wanger
                                          UNITED STATES DISTRICT JUDGE