IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL L. JIMENA, | No. CV-F-07-367 OWW/GSA |
| Plaintiff, | ORDER RE PLAINTIFF'S REQUEST FOR CLARIFICATION (Doc. 193) |
| vs. | |
| UBS AG BANK, et al., | |
| Defendants. | |

Pursuant to Plaintiff's request for clarification, the motions set for hearing on June 7, 2010 are:

• Motion to Serve Summons and Third Amended Complaint (Doc. 157);

• Motion for Order to Allow Plaintiff to Withdraw Account Coded Escrow by Carl L. Jimena (Doc. 161);

• Motion for Judgment on the Pleadings (Doc. 169);

• Motion to Enter Default Against UBS AG and UBS FS (Doc. 170);

• Motion for Summary Judgment (Doc. 188).

IT IS SO ORDERED.

**Dated:    March 31, 2010**              /s/ Oliver W. Wanger
                                          UNITED STATES DISTRICT JUDGE