IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL L. JIMENA, ) | No. CV-F-07-367 OWW/SKO |
| ) | |
| ) | ORDER DENYING PLAINTIFF'S |
| ) | "REQUEST TO CLERK TO SUBMIT |
| Plaintiff,  ) | COURT DEMAND FOR PRODUCTION |
| ) | OF DOCUMENTS" (Doc 196) |
| vs.  ) | |
| ) | |
| ) | |
| UBS AG BANK, et al.,  ) | |
| ) | |
| ) | |
| Defendants.  ) | |
| ) | |
| _____ ) | |

On April 9, 2010, Plaintiff, proceeding *in pro per*, filed a paper captioned "Request to Clerk to submit to Court Demand for Production of Documents."  (Doc. 196).  Plaintiff asserts therein:

> In the conclusion of plaintiff's Opposition to Defendants Motion for Summary Judgment for Judgment in Their Favor, With Attached Plaintiff's Response to Defendants Statementof Undisputedf Facts, please find the portion quoted below:
>
> '(2) Plaintiff be allowed to serve on defendant UBS AG (and UBS FS if the Court would permit) his discovery papers, demanding particularly production of Exhibit 15 and 16,

1

1  **which will be lodged with the Court pursuant to Local Rule 34-250 and Rule 34 of FRCP,**
2  **should this request be granted.  As an alternative to the request to serve formally**
3  **demand for production, plaintiff request that Exhibit 73 already containing demand to**
4  **furnish plaintiff with Exhibit 15 and 17 be treated as a demand for production by a pro**
5  **se litigant and defendants be ordered to comply with plaintiff's demand for Exhibit 15**
6  **and 16 in Exhibit 73, by filing a copy of Exhibit 15 and 16 directly in Court, copy**
7  **furnished the plaintiff.**

8  **Attached to this request is a copy of Exhibit 73 (containing a demand for a copy of Exhibit**
9  **15 and 16) and a copy of the formal Demand for Production unsigned with blanks to be**
10 **filled in, which plaintiff will fill in and serve to the Defendants after the Court**
11 **issues an order of approval, should the Court still require a formal demand.  [SIC]**

12

13 Plaintiff's request is DENIED.  If Plaintiff wishes to serve

14 a request for production of documents pursuant to the Federal

15 Rules of Civil Procedure governing discovery, Plaintiff is

16 responsible for doing so.  The Court is not a repository for

17 documents produced by the parties in discovery.

18 IT IS SO ORDERED.

Dated:   April 28, 2010                    /s/ Oliver W. Wanger
19                                         UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26