IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CARL L. JIMENA, | ) | No. CV-F-07-367 OWW/SKO |
| | ) | |
| | ) | ORDER GRANTING JOINT REQUEST |
| | ) | FOR CONTINUANCE OF HEARING |
| Plaintiff, | ) | SET ON JUNE 7, 2010 (Doc. |
| | ) | 206) AND CONTINUING HEARING |
| vs. | ) | ON PLAINTIFF'S MOTION FOR |
| | ) | ORDER TO ALLOW PLAINTIFF TO |
| | ) | WITHDRAW ACCOUNT CODED |
| UBS AG BANK, et al., | ) | ESCROW (Doc. 161), |
| | ) | PLAINTIFF'S MOTION FOR |
| | ) | JUDGMENT ON THE PLEADINGS |
| Defendants. | ) | (Doc. 169), AND DEFENDANT'S |
| | ) | MOTION FOR SUMMARY JUDGMENT |
| | ) | (Doc. 188) TO MONDAY, AUGUST |
| | | 30, 2010 AT 10:00 A.M. |

Pursuant to the Joint Request for Continuance of Hearing filed on June 1, 2010, the hearing on Plaintiff's Motion for Order to Allow Plaintiff to Withdraw Account Coded Escrow (Doc. 161), Plaintiff's Motion for Judgment on the Pleadings (Doc. 169), and Defendant's Motion for Summary Judgment is continued from Monday, June 7, 2010 to Monday, August 30, 2010 at 10:00

a.m.  Any supplemental opening briefs and/or declarations shall be filed and served by Monday, August 2, 2010; any supplement opposition briefs and/or declarations shall be filed and served by Monday, August 16, 2010; any supplemental reply briefs and/or declarations shall be filed and served by August 23, 2010.[1]

Plaintiff's Motion to Serve Summons and Third Amended Complaint to Clive Standish's Attorney (Doc. 157), and Plaintiff's Motion to Enter Default Against UBS FS and UBS AG (Doc. 170), will be heard on June 7, 2010.

IT IS SO ORDERED.

Dated:   June 2, 2010                         /s/ Oliver W. Wanger
                                        UNITED STATES DISTRICT JUDGE

---

[1] Although the Joint Request for Continuance refers only to Plaintiff's Motion for Judgment on the Pleadings and Defendant's Motion for Summary Judgment, Plaintiff's Motion for Order to Allow Plaintiff to Withdraw Account Coded Escrow is sufficiently related to these dispositive motions that continuance of it is also ordered.