CARL L. JIMENA
14774 Desert View Ave.
North Edwards, California 93523
Tel. 661-406-1616

Plaintiff, In Propia Persona

FILED

JUN 07 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION
2500 Tulare St., Room 1501, Fresno, CA 93721

| CARL L. JIMENA | |
|---|---|
| Plaintiff, | Civil Case No. 07CV367 |
| vs. | Place: Court Room 3 |
| | Hon. Oliver W. Wanger |
| | Hearing Date: ~~June 7,~~ 2010  7-12-2010 |
| UBS AG (BANK, INC., ZURICH, SWITZERLAND HEADQUARTERS); et. al., | Time: 10:00 a.m. |
| | Rule 34, FRCP |
| Defendants. | |

MOTION AND MEMORANDUM TO COMPEL UBS AG TO GIVE ITS
CONSENT FOR YAHOO INC. TO DISCLOSE CLIVE STANDISH
TWO EMAIL ADDRESS

PLAINTIFF, in propia persona, respectfully state:

1. This motion is supported by documents produced at mandatory initial disclosure pursuant to the Advisory Committee's comment on Rule 26 that they can be used "to support motions". Further, in the case of In re Homestore.com Sec. Litig., 347 F. Supp. 2d 769, n. 20 (C.D.CA, 2004 ), the Court held documents produced by the parties in discovery are deemed authentic, [without distinction whether they are produced either by plaintiff or defendant] which is in accord with the Supreme Court decision in Anderson v. Liberty Lobby, Inc., 477 U.S. 242, (1986) that "summary judgment motions are usually made before trial and decided on documentary

1

1  evidence" as distinguished from directed verdict which is rendered on documentary
2  evidence admitted after trial. (id, at p. 251) Note that the Supreme Court did not use
3  the words "admitted before trial" because it is aware of Rule 104(a), Federal Rules of
4  Evidence, where the District Court makes preliminary determinations of admissibility
5  of evidence "not bound by the rules of evidence except those with respect to
6  privileges". These are the rules with respect to motions before trial.

7  2. Plaintiff in filing the instant motion (and also plaintiff's previous service of
8  demand for production of Exhibi 15 and 16) is not waiving the default of defendants
9  but is pursuing discovery to prove that defendants answer will not succeed.

10  3. With the above paragraph 1 as legal basis, plaintiff request that UBS AG be
11  compelled to give its consent for Yahoo, Inc. to release the information attached to
12  this motion as Exhibit 1.

13  4. UBS AG can be compelled to give its consent because under Rule 34,
14  FRCP, UBS AG is now and before in "control" of ex-Chief Financial Officer Clive
15  Standish's office email address customerservices@privateclientsubs.cjb.net which is
16  linked to his home email address clive_standish@yahoo.com also used by Clive
17  Standish in UBS AG'S business. (see Exhibits 25 to 58) Plaintiff's authority that
18  UBS AG can be compelled to give its consent for Yahoo Inc. to disclose information
19  out of Clive Standish two email address is Flagg v. City of Detroit, 252 F.R.D. 346
20  (E.D. Mich. 2008). Mich. 2008) wherein the Court held that "control" under Rule 34,
21  FRCP, include the legal right to obtain documents on demand" and also a party's
22  "affirmative duty to seek that information reasonably available to him from his
23  employees, agents or others subject to its control", id at p. 353. It is admitted that
24  Clive Standish was the Chief Financial Officer of UBS AG, an employee of UBS AG
25  during the time Clive Standish was using the above two email address so that UBS
26  AG has the legal right to obtain documents on demand from Clive Standish out of the

2

1    above office email address including the home email address of Clive Standish being
2    used for UBS AG'S business.

3         5. The Court's authority now is established to order UBS AG to give its
4    consent for Yahoo Inc. to disclose the information attached as Exhibit 1 and likewise
5    Yahoo Inc. be ordered to produce the documents itemized in Exhibit 1 hereof which
6    was formerly served to Yahoo Inc. by subpoena. In order for the Court to verify
7    Yahoo Inc. disclosure, the latter must activate or reopen Clive Standish two email
8    accounts and provide the Court with a password to those two email accounts.

9         WHEREFORE, it is respectfully prayed that UBS AG be ordered to give its
10    consent for Yahoo Inc. to disclose the information itemized in Exhibit 1 hereof and
11    Yahoo Inc. be ordered to disclose the information itemized in the same Exhibit 1
12    hereof. Yahoo likewise be ordered to activate the above two email accounts and
13    provide the Court with a password to those two email accounts to verify Yahoo Inc.
14    disclosure. Other equitable relief is prayed for.

15         Dated: June ___6___, 2010

16                                         Respectfully submitted,

17                                         *Carl L. Jimena*

18                                         CARL L. JIMENA

19                                         Plaintiff, Pro Se

20                           CERTIFICATION (RULE 37(a)(1))

21         I certify that I made two attempts to obtain the information from Yahoo Inc. the
22    information in Exhibit 1 of the instant motion by two subpoena, Doc. 201 and Doc.
23    209 Yahoo Inc. failed to comply.

24         I declare under penalty of perjury under federal law that the above is true and
25    correct.
26         Dated: *June 6*, 2010                       *Carl L. Jimena*
27
28                                         CARL L. JIMENA

29                                         Plaintiff, Pro Se

# EXHIBIT 1
## [to motion to order UBS AG to give consent for Yahoo to Disclose Clive Standish two email address]

The electronically stored information is to be produced out of the two email addresses of Clive Standish namely, clive_standish@yahoo.com and customerservices@privateclientsubs.cjb.net are as follows:

1. complete account information details from the time the two accounts were opened until they were closed such as for example, name, address, birthdate, home phone, work phone and other details identifying the account owner/user of the email address.

2. all changes in the entries of the two email accounts from the time they were opened until they were closed

3. authorized users of the two email accounts or email address from the time opened until closed.

4. all exchanges of email messages on the above two email address of Clive Standish, between Carl L. Jimena and Clive Standish from the time the same two email address was opened until closed.

5. all exchanges of email messages on the above two email address of Clive Standish, between Atty. Ademola Adeshina and Clive Standish concerning transferring 19 million dollars in which Carl L. Jimena is the beneficiary, from UBS AG to Rabo Bank, Purmerend, Netherlands.

6. all exchanges of email messages on the above two email address of Clive Standish, between Standard Trust Bank and Clive Standish concerning transfer of 19 million dollars from Standard Trust Bank to Carl L.Jimena or to Carl L. Jimena's account at Washington Mutual Bank located at California, USA. passing through UBS AG of Zurich, Switzerland.

7. all exchanges of email messages on the above two email address of Clive Standish, between the Financial Action Task Force (FATF) and Clive Standish concerning transfer of 19 million dollars from Standard Trust Bank to Carl L.Jimena or to Carl L. Jimena's account at Washington Mutual Bank located at California, USA. passing through UBS AG of Zurich, Switzerland.

8. identity of the computer used by Clive Standish in sending emails, if retrievable from Yahoo's system.

9. location of the computer of Clive Stansih from where messages are being sent to Carl L. Jimena, if traceable by Yahoo in its system. This may require a backward trace of the connecting computers on which Clive Standish outgoing mail passes through..

Yahoo Inc. is to produce and submit its complete report in Microsoft Word format in three [3] sets of CD-Rom, one set at a minimum of one CD-Rom. The three sets are intended for distribution to the Court with one set, to the plaintiff with one set, to the defendants with one set.

```
 1   -CARL L. JIMENA
 2   14774 Desert View Ave.
 3   North Edwards, California 93523
 4   Tel. 661-406-1616
 5
 6   Plaintiff, In Propia Persona
 7
 8              UNITED STATES DISTRICT COURT
 9       EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION
10          2500 Tulare St., Room 1501, Fresno, CA 93721
11
12   CARL L. JIMENA
13        Plaintiff,                  Civil Case No. 07CV367
14                                    Hon. Judge Oliver W. Wanger
15   vs.                              Place:        Court Room 3
16                                    Hearing Date: 7-12-2010
17   UBS AG ( ZURICH, SWITZERLAND     Time:         10:00 am.
18   HEADQUARTERS);
19   et. al.,
20        Defendants
21                                    Notice of Hearing, Motion
22                                    and Memorandum to Compel
23                                    UBS AG to Give Consent
24                                    for Yahoo Inc. to Disclose
25                                    Information in Exhibit 1 of Motion.
26   x------------------------------x
27   TO : ATTY. JACOB S. KREILKAMP
28        MUNGER, TOLLES & OLSON
29        355 South Grand Avenue, 35th Floor
30        Los Angeles, CA 90071-1560
31
32        Notice is hereby given that on   7-12-, 2010, at 10:00: am. in the above
33   address of the U. S. District Court, plaintiff will, and hereby does move to order UBS
34   AG to give its consent for Yahoo Inc. to disclose the information on Exhibit 1 of the
35   motion and to order Yahoo Inc. to disclose the same. The motion will be made on the
36   basis of Rule 34, FRCP.
37        Dated: June 6, 2009
                                              Carl L. Jimena
38                                            CARL L. JIMENA
39                                            Plaintiff, In Propia Persona
```

1  CARL L. JIMENA
2  14774 Desert View Ave.
3  North Edwards, California 93523
4  Tel. 661-406-1616
5  Plaintiff, In Propia Persona
6
7              UNITED STATES DISTRICT COURT
8         EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION
9            2500 Tulare St., Room 1501, Fresno, CA 93721
10
11 CARL L. JIMENA
12         Plaintiff,                  Civil Case No. 07CV367
13 vs.                                 Place: Court Room 3
14                                     Hon. Oliver W. Wanger
15                                     Hearing Date: ~~June~~ ~~, 2009~~ July 12, 2010 cj
16
17 UBS AG (ZURICH,                     Time: 10:00 a.m.
18 SWITZERLAND HEADQUARTERS);
19 et. al.,                            CERTIFICATE OF SERVICE
20         Defendants.      ;          BY MAIL
21 x------------------------------------------x
22        I, Carl L. Jimena declare: I am not less than 18 years of age and a party to the
23 within case. My business address is 14774 Desert View Ave., North Edwards,
24 California. I served the plaintiff's 1) NOTICE OF MOTION 2) MOTION AND
25 MEMJORANDUM TO COMPEL UBS AG TO GIVE CONSENT FOR YAHOO
26 INC TO DISCLOSE INFORMATION IN EXHIBIT 1 OF THE MOTION by ~~First-~~
27 ~~Class United States mail, postage pre-paid at California City Post Office~~ FEDEX TRK # 7987 3723 1615 on June 6
28 ____, 2010 and addressed to the defendant UBS AG's and UBS FS attorney and to
29 Yahoo Inc. as follows:
30        Atty. Jacob S. Kreilkamp, Munger Tolles & Olson
31        355 South Grand Avenue, 35th Floor
32        Los Angeles, California 90071-1560
33
34        Mr. Doug Nolan, Compliance Paralegal II
35        Yahoo Inc., 701 First Avenue, Sunnyvale, California, 94089,
36        I declare under penalty of perjury under federal law that the foregoing is true
37 and correct.
38 Dated: June 6, 2010 cj
39                                     Carl L. Jimena
40                                     Carl L. Jimena
41                                     Plaintiff, Pro Se

1