1
2
3
4
5
6
7       **IN THE UNITED STATES DISTRICT COURT FOR THE**

8       **EASTERN DISTRICT OF CALIFORNIA**

9

10      CARL L. JIMENA,                     )      NO. 1:07-CV-00367 OWW SKO
                                            )
11                     Plaintiff,           )      ORDER RE PLAINTIFF'S
                                            )      MOTION AND MEMORANDUM TO
12             v.                           )      DISQUALIFY JUDGE OLIVER W.
                                            )      WANGER
13      UBS AG (ZURICH, SWITZERLAND         )
        HEADQUARTERS), et al.,              )
14                                          )
                       Defendants.          )
15      _____)

16

17             On June 15, 2010, Plaintiff filed a Motion and Memorandum to Disqualify Judge Oliver

18      W. Wanger from proceeding further in the above-entitled case pursuant to 28 U.S.C. §144 and

19      28 U.S.C. §455(a) and (b).  In his motion, Plaintiff sets forth thirteen specific factual allegations

20      of bias, prejudice or partiality.  Plaintiff has noticed the motion to be heard before this judge, as

21      the chief judge of the district, for July 15, 2010, at 10:00 a.m.

22             Plaintiff has cited to no statutory or case authority, and the court is aware of none, for the

23      proposition that a motion to disqualify the judge before whom a matter is pending shall be heard

24      by the chief judge of the district.  Any motion to disqualify a judge is to be filed directly with the

25      judge before whom the matter is pending.  28 U.S.C. §455(a) and (b) set forth the circumstances

26      in which a judge shall "disqualify himself."  Any allegation of judicial conduct prejudicial to the

27      effective and expeditious administration of the business of the courts is to be filed with the clerk

28      of the court of appeals for the circuit pursuant to 28 U.S.C. §351.

Because Plaintiff has incorrectly filed his motion before this judge, as the chief judge of the district, Plaintiff's motion will be denied without prejudice.

The court makes no ruling regarding the timeliness of Plaintiff's motion under 28 U.S.C. §144, noting that Plaintiff alleges specific facts of bias, prejudice or partiality dating back to a Memorandum Decision and Order filed on June 8, 2007. (Doc. 18)

THEREFORE, IT IS THE ORDER OF THE COURT that

1.      Plaintiff's Motion and Memorandum to Disqualify Judge Oliver W. Wanger to be heard before this judge, as the chief judge of the district, is DENIED without prejudice.

2.      The hearing of this motion, noticed by Plaintiff for July 15, 2010, at 10:00 a.m. before this judge, as the chief judge of the district, is VACATED.


IT IS SO ORDERED.

Dated:    June 17, 2010

_____
CHIEF UNITED STATES DISTRICT JUDGE