IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CARL JIMENA, | ) | No. CV-F-07-367 OWW/SKO |
| | ) | |
| | ) | ORDER GRANTING PLAINTIFF'S |
| | ) | MOTION TO TRANSFER MOTIONS |
| Plaintiff, | ) | (Doc. 236) AND TRANSFERRING |
| | ) | HEARING ON DOCS. 211 AND 212 |
| vs. | ) | FROM CALENDAR OF JUDGE |
| | ) | WANGER TO FRIDAY, AUGUST 13, |
| | ) | 2010 CALENDAR OF MAGISTRATE |
| UBS AG BANK, et al., | ) | JUDGE OBERTO |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Pursuant to Plaintiff's request, (Doc. 236), the hearing on Plaintiff's motion to compel UBS AG to give its consent for Yahoo, Inc. to disclose Clive Standish's two email addresses, (Doc. 211), and Plaintiff's motion to compel UGS AG to produce Exhibits 15 and 16, (Doc. 212), are transferred from the calendar of Judge Wanger to the calendar of Magistrate Judge Oberto. The motions shall be heard on Friday, August 13, 2010 at 9:30 a.m. in Courtroom 8 or at such other time as Magistrate Judge Oberto sets.

1  IT IS SO ORDERED.

2  **Dated:    July 15, 2010**              **/s/ Oliver W. Wanger**
                                            UNITED STATES DISTRICT JUDGE