# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| CARL L. JIMENA, | CASE NO. 1:07-cv-00367-OWW-SKO |
| Plaintiff, | **ORDER REGARDING AUGUST 13, 2010, HEARING AND PARTIES' STATEMENTS** |
| v. | |
| CLIVE STANDISH, et al., | |
| Defendant. | |

Plaintiff's motions to compel (Docs. 211 and 212) are set for hearing on August 13, 2010, before Magistrate Judge Sheila K. Oberto in Courtroom 8 of the above entitled Court. Doc. 238. Although the parties have met and conferred regarding this discovery dispute, they have been unable to file a joint statement; instead, the parties have filed separate statements. As Plaintiff will not receive Defendant UBS AG Bank, Inc.'s statement electronically, he has asked that he be given extra time to review UBS AG Bank, Inc.'s statement so that he can submit a written response. The Court will allow Plaintiff to submit a further statement regarding this discovery dispute on or before **noon on Tuesday, August 10, 2010.** Defendants shall have until **4 p.m. on Wednesday, August 11, 2010,** to file a response.

The parties are reminded that the Court will consider arguments presented orally at the hearing regarding this discovery dispute. The deadlines above are not meant to require the parties

1  to file any further statements pertaining to this discovery dispute.

2      Plaintiff and Defendant UBS AG Bank, Inc. have requested that the Court allow them to
3  appear telephonically.  Plaintiff and all Defendants' counsel may appear telephonically by
4  coordinating a conference call and then contacting chambers at the time designated for the hearing
5  at (559) 499-5790.

6      Accordingly, IT IS HEREBY ORDERED THAT:

7      1. Plaintiff may, **but is not required to**, submit a further statement regarding the
8          discovery dispute on or before **noon on Tuesday, August 10, 2010.**

9      2. Defendants may, **but are not required to**, submit a further statement regarding the
10         discovery dispute on or before **4 p.m. on Wednesday, August 11, 2010.**

11     3. Telephonic appearances are granted to all the parties.

13 IT IS SO ORDERED.

14 **Dated:   August 5, 2010**          /s/ Sheila K. Oberto
                                            UNITED STATES MAGISTRATE JUDGE