

1  CARL L. JIMENA
2  14774 Desert View Ave.                          AUG 1 1 2010
3  North Edwards, California 93523
4  Tel. 661-406-1616                           CLERK, U.S. DISTRICT COURT
5  Plaintiff, In Propia Persona                EASTERN DISTRICT OF CALIFORNIA
                                                BY _____
                                                          DEPUTY CLERK
6              UNITED STATES DISTRICT COURT
7        EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION
8            2500 Tulare St., Room 1501, Fresno, CA 93721

10 CARL L. JIMENA
11       Plaintiff,                    Civ.Case . 1:07-CV-00367-OWW-SKO

12 vs.                                 Hon. Judge Sheila K. Oberto

14                                     Hearing Date: August. 13, 2010
15                                     Place: Court Room 8
16 UBS AG (BANK, INC., ZURICH,         Time: 10:00 a.m.
17 SWITZERLAND HEADQUARTERS);
18 et. al.,                            NOTICE OF ERRATA
19       Defendants.          ;        IN DOC._____ (Plaintiff has no
20 x----------------------------------x Doc. No. yet)

21       Notice is hereby given that with reference to Doc. _____, PLAINTIFF'S
22 RESPONSES AND OBJECTIONS `TO DEFENDANTS JOINT STATEMENT TO
23 PLAINTIFF'S DOC. 211 AND 212 two clerical errors therein are corrected as
24 follows: (Plaintiff has no docket number yet)
25       1. On page 5, line 9, the year "2010" is corrected to "2006"
26       2. On page 5, line 3, "ZB an PM" are corrected to "Saumya Bhavsar and
27 Patrick Mathieu."
28       With respect to Doc. 248, "Joint Statement on Doc. 212" erroneously entered
29 by the Clerk as "MOTION TO COMPEL UBS AG FOR PRODOUCTION OF
30 EXHIBIT 15 AND 16" [correction by the Clerk is hereby requested,] plaintiff hereby
31 corrects the error on page 15, line 34 thereof as follows: the phrase "Exhibit One" is
32 corrected to "Exhibit Four"
33       Dated: Aug. 9, 2010

                                        Carl L. Jimena
                                        Plaintiff, Pro Se

1

1  August 9, 2010
2
3  The Clerk of Court
4  ATTN: Deputy Clerk, Court Room 8
5  2500 Tulare St.
6  Fresno, CA 93721
7
8  Sir/Madam:
9      Kindly take action on my request above, to quote:
10     "With respect to Doc. 248, "Joint Statement on Doc. 212" erroneously entered
11 by the Clerk as "MOTION TO COMPEL UBS AG FOR PRODOUCTION OF
12 EXHIBIT 15 AND 16" [correction by the Clerk is hereby requested,]"
13     Thank you for your assistance.
14
15 Very truly yours,
16
17 *[signature: Carl L. Jimena]*
18 CARL L. JIMENA
19 Plaintiff, Pro Se
20
21
22
23
24
25
26
27
28
29
30
31
32
33
34
35
36
37
38
39
40
41

```
 1  CARL L. JIMENA
 2  14774 Desert View Ave.
 3  North Edwards, California 93523
 4  Tel. 661-406-1616
 5
 6  Plaintiff, In Propia Persona
 7
 8
 9              UNITED STATES DISTRICT COURT
10       EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION
11          2500 Tulare St., Room 1501, Fresno, CA 93721
12
13  CARL L. JIMENA
14           Plaintiff,              Civ.Case . 1:07-CV-00367-OWW-SKO
15  vs.                              Hon. Judge Sheila K. Oberto
16
17                                   Hearing date: Aug. 13, 2010
18                                   Place:  Court Room 8
19  UBS AG (ZURICH,                  Time: 10:00 a.m.
20  SWITZERLAND HEADQUARTERS);
21  et. al.,                         CERTIFICATE OF SERVICE
22           Defendants.       ;     BY MAIL
23  x----------------------------------------x
24
25      I, Carl L. Jimena declare: I am not less than 18 years of age and a party to the
26  within case.  My business address is 14774 Desert View Ave., North Edwards,
27  California.  I served the plaintiff'S NOTICE OF ERRATA ON "PLAINTIFF'S
28  RESPONSES AND OBJECTIONS 'TO DEFENDANTS JOINT STATEMENT TO
29  PLAINTIFF'S DOC. 211 AND 212" DOC. ____ (Plaintiff has no doc. no. yet) by
30  CERTIFIED PRIORITY MAIL W/ CERTIFIED RECEIPT NO. 7009 0820 0001 4494 9461
31  10, 2010 and addressed to the defendant UBS AG's and UBS FS attorney as follows:
32  CJ       Atty. Jacob S. Kreilkamp, Munger Tolles & Olson
33           355 South Grand Avenue, 35th Floor
34           Los Angeles, California 90071-1560
35
36      I declare under penalty of perjury under federal law that the foregoing is true
37  and correct.
38      Dated: Aug. 9, 2010
39
40                                   Carl L. Jimena, Pro Se
```

3