IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CARL JIMENA, | ) | No. CV-F-07-367 OWW/SKO |
| | ) | |
| | ) | ORDER GRANTING PLAINTIFF'S |
| | ) | MOTION FOR POSTPONEMENT OF |
| Plaintiff, | ) | HEARING (Doc. 257) AND |
| | ) | CONTINUING HEARING ON DOCS. |
| vs. | ) | 161, 169 AND 188 FROM AUGUST |
| | ) | 30, 2010 TO MONDAY, NOVEMBER |
| | ) | 8, 2010 AT 10:00 A.M. |
| UBS AG BANK, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

　　　Plaintiff moves to continue the hearing on Plaintiff's motion to withdraw account coded escrow (Doc. 161), Plaintiff's motion for judgment on the pleadings (Doc. 169), and Defendant's motion for summary judgment (Doc. 188) set for August 30, 2010 because of pending discovery motions, including Plaintiff's motion to compel filed on August 20, 2010, set for hearing on September 13, 2010.

　　　Plaintiff's motion to continue is GRANTED and the hearing on Docs. 161, 169 and 188 is continued from August 30, 2010 to Monday, November 8, 2010 at 10:00 a.m.

1

1    IT IS SO ORDERED.

2    **Dated:      August 23, 2010**                    **/s/ Oliver W. Wanger**
                                                          UNITED STATES DISTRICT JUDGE