1  GEORGE M. GARVEY (State Bar No. 089543)
   JACOB S. KREILKAMP (State Bar No. 248210)
2  MUNGER, TOLLES & OLSON LLP
   355 South Grand Avenue
3  Thirty-Fifth Floor
   Los Angeles, CA  90071-1560
4  Telephone:   (213) 683-9100
   Facsimile:    (213) 687-3702
5  *Jacob.Kreilkamp@mto.com*

6  Attorneys for Defendant
   UBS AG
7

8

9                 UNITED STATES DISTRICT COURT

10              EASTERN DISTRICT OF CALIFORNIA

11                      FRESNO DIVISION

12

13 CARL L. JIMENA,                    CASE NO. 07-CV-00367-OWW-SKO

14           Plaintiff,               **ORDER RE MOTION TO BE
                                      RELIEVED FROM DEEMED
15     vs.                            ADMISSIONS (Doc. 291)**

16 UBS AG BANK, INC.,
   SWITZERLAND
17 HEADQUARTERS; UBS AG
   BANK, INC., MANHATTAN,
18 NEW YORK BRANCH; UBS
   FINANCIAL SERVICES, INC.,
19 BAKERSFIELD, CALIFORNIA
   BRANCH; AND UBS FINANCIAL
20 SERVICES, INC., WEEHAWKEN,
   NEW JERSEY BRANCH; CLIVE
21 STANDISH,

22           Defendants.

23

24

25

26

27

28
                                              07-CV-00367-OWW-SKO
                                              ORDER RE MOTION TO BE
                                       RELIEVED FROM DEEMED ADMISSIONS

13097977.1

1    Consistent with the findings of the Court's February 8, 2011

2  Memorandum Decision granting Defendant UBS AG's Motion to be Relieved from

3  Deemed Admissions, Defendant UBS AG's Motion to be Relieved from Deemed

4  Admissions is GRANTED.

5

6

7  IT IS SO ORDERED.

8     Dated:    **March 4, 2011**              **/s/ Oliver W. Wanger**
                                        UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1                                  07-CV-00367-OWW-SKO
                                   ORDER RE MOTION TO BE
                                   RELIEVED FROM DEEMED ADMISSIONS

13097977.1