GEORGE M. GARVEY (State Bar No. 089543)
JACOB S. KREILKAMP (State Bar No. 248210)
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, CA  90071-1560
Telephone:   (213) 683-9100
Facsimile:    (213) 687-3702
*George.Garvey@mto.com*
*Jacob.Kreilkamp@mto.com*

Attorneys for Defendant
UBS AG

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| CARL L. JIMENA,<br><br>            Plaintiff,<br><br>     vs.<br><br>UBS AG BANK, INC., SWITZERLAND HEADQUARTERS; UBS AG BANK, INC., MANHATTAN, NEW YORK BRANCH; UBS FINANCIAL SERVICES, INC., BAKERSFIELD, CALIFORNIA BRANCH; AND UBS FINANCIAL SERVICES, INC., WEEHAWKEN, NEW JERSEY BRANCH; CLIVE STANDISH,<br><br>            Defendants. | CASE NO. 07-CV-00367-OWW-SKO<br><br>**ORDER RE MOTION FOR SUMMARY JUDGMENT [DOC 311], MOTION FOR RECONSIDERATION [DOC 304], AND MOTION IN LIMINE [DOC 305]** |

PDF created with pdfFactory trial version www.pdffactory.com

Consistent with the findings of the Court's June 24, 2011 Memorandum Decision granting Defendant UBS AG's Motion to for Summary Judgment and denying Plaintiff's Motion for Reconsideration and Plaintiff's Motion In Limine, Defendant UBS AG's Motion for Summary Judgment as to all remaining claims is GRANTED; Plaintiff's Motion for Reconsideration is DENIED; and Plaintiff's Motion In Limine is DENIED, without prejudice.

IT IS SO ORDERED.

Dated: July 8, 2011_____    /s/ OLIVER W. WANGER
                                                    OLIVER W. WANGER
                                     UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com