1  GEORGE M. GARVEY (State Bar No. 089543)
   JACOB S. KREILKAMP (State Bar No. 248210)
2  MUNGER, TOLLES & OLSON LLP
   355 South Grand Avenue
3  Thirty-Fifth Floor
   Los Angeles, CA  90071-1560
4  Telephone:  (213) 683-9100
   Facsimile:   (213) 687-3702
5  *George.Garvey@mto.com*
   *Jacob.Kreilkamp@mto.com*
6

7  Attorneys for Defendant
   UBS AG
8

9                UNITED STATES DISTRICT COURT

10               EASTERN DISTRICT OF CALIFORNIA

11                      FRESNO DIVISION

12

13 | CARL L. JIMENA,                          | CASE NO. 07-CV-00367-OWW-SKO
14 |              Plaintiff,                  |
15 |       vs.                                | **ORDER RE MOTION FOR SUMMARY JUDGMENT [DOC 311], MOTION FOR RECONSIDERATION [DOC 304], AND MOTION IN LIMINE [DOC 305]**
16 | UBS AG BANK, INC., SWITZERLAND
17 | HEADQUARTERS; UBS AG BANK, INC., MANHATTAN,
18 | NEW YORK BRANCH; UBS FINANCIAL SERVICES, INC.,
19 | BAKERSFIELD, CALIFORNIA BRANCH; AND UBS FINANCIAL
20 | SERVICES, INC., WEEHAWKEN, NEW JERSEY BRANCH; CLIVE
21 | STANDISH,
22 |
23 |              Defendants.

PDF created with pdfFactory trial version www.pdffactory.com

Consistent with the findings of the Court's June 24, 2011 Memorandum Decision granting Defendant UBS AG's Motion to for Summary Judgment and denying Plaintiff's Motion for Reconsideration and Plaintiff's Motion In Limine, Defendant UBS AG's Motion for Summary Judgment as to all remaining claims is GRANTED; Plaintiff's Motion for Reconsideration is DENIED; and Plaintiff's Motion In Limine is DENIED, without prejudice.

IT IS SO ORDERED.

Dated: July 8, 2011_____    /s/ OLIVER W. WANGER
                                    OLIVER W. WANGER
                                    UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com