GEORGE M. GARVEY (State Bar No. 089543)
JACOB S. KREILKAMP (State Bar No. 248210)
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, CA  90071-1560
Telephone:  (213) 683-9100
Facsimile:   (213) 687-3702
*George.Garvey@mto.com*
*Jacob.Kreilkamp@mto.com*

Attorneys for Defendants
UBS AG and UBS FINANCIAL
SERVICES INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| CARL L. JIMENA,<br><br>         Plaintiff,<br><br>   vs.<br><br>UBS AG BANK, INC., SWITZERLAND HEADQUARTERS; UBS AG BANK, INC., MANHATTAN, NEW YORK BRANCH; UBS FINANCIAL SERVICES, INC., BAKERSFIELD, CALIFORNIA BRANCH; AND UBS FINANCIAL SERVICES, INC., WEEHAWKEN, NEW JERSEY BRANCH; CLIVE STANDISH,<br><br>         Defendants. | CASE NO. 07-CV-00367-OWW-SKO<br><br>**JUDGMENT** |

14404846.1

PDF created with pdfFactory trial version www.pdffactory.com

The true defendants in this case are UBS AG, UBS Financial Services Inc., and Clive Standish (as the Court noted in its June 8, 2007 Order Denying Plaintiff's Motion to Remand and Granting Defendants' Motion to Dismiss, the branch locations listed on the caption are not separate jural entities that may be sued). On June 8, 2007, the Court granted Defendant UBS Financial Services Inc.'s ("UBS FS") motion to dismiss all plaintiff's claims against it [Docket No. 14]. On October 13, 2009, the Court granted in part plaintiff's motion for leave to file a Third Amended Complaint, but ordered stricken all allegations against UBS Financial Services Inc. [Docket No. 159]. On July 8, 2011, the Court granted summary judgment to UBS AG as to all claims against it [Docket No. 318]. Defendant Clive Standish has never appeared, and no proof of service of the summons and complaint on Mr. Standish has been entered on the docket in the more than four years this case has been pending; and the Court's ruling on summary judgment confirms that even if Mr. Standish had been served, summary judgment would have been granted as to all claims against him as well.

The Court expressly finds that there is no just reason for delay of the entry of judgment on all of plaintiff's remaining claims against all defendants, and expressly directs that judgment be entered against plaintiff as follows:

It is ORDERED AND ADJUDGED that plaintiff takes nothing from defendants, that the action be dismissed in its entirety, and that UBS AG and UBS FS may submit a cost bill in accordance with the requirements of law.

IT IS SO ORDERED.

Dated: July 20, 2011          /s/ OLIVER W. WANGER
                              OLIVER W. WANGER
                              UNITED STATES DISTRICT JUDGE

14404846.1
PDF created with pdfFactory trial version www.pdffactory.com